

# COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

July 28, 2015

David L. Reuthinger, Jr.
Webb County District Attorney's Office
1110 Victoria, Suite 401
Laredo, TX 78040

Armando Trevino
Law Offices of Ramos-Trevino
1519 Washington Street, Suite 1
Laredo, TX 78040

RE:     Court of Appeals Number:     04-14-00915-CR
        Trial Court Case Number:     2014CRS000311-D1
        Style:                       Adan Flores v. The State of Texas

Dear Counsel:

The above cause has been set for formal submission and oral argument before this Court on Tuesday, September 15, 2015, at 1:30 PM, before a panel consisting of Justice Rebeca C. Martinez, Justice Patricia O. Alvarez, and Justice Luz Elena D. Chapa.

Argument is limited to twenty (20) minutes to each side and ten (10) minutes rebuttal for the appellant. If you do not wish to present argument, you must notify this Court in writing within seven (7) days of receiving this notice.

The Court provides a guest WiFi network for parties arguing before the Court. The password to access the network is available at the Clerk's Office on the day of argument.

Very truly yours,

Rebeca C. Martinez, Justice